**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1121**

WILLIAM T. HUNTER,

    Plaintiff - Appellant,

        v.

DEPARTMENT OF THE ARMY; WASHINGTON HEADQUARTER SERVICES; PENTAGON FORCE PROTECTION AGENCY,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge.  (1:17-cv-01250-AJT-IDD)

Submitted:  June 21, 2018                          Decided:  June 25, 2018

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William T. Hunter, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William T. Hunter appeals the district court's order granting Defendants' motion to dismiss his complaint alleging several claims, including claims for employment discrimination, slander, and intentional infliction of emotional distress, as well as claims under the United States Constitution. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hunter's informal brief does not challenge the basis for the district court's disposition, Hunter has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*